UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Panthera Rail Car LLC and Panthera Leasing, Inc.<br><br>Plaintiff(s),<br><br>v.<br><br>Kasgro Rail Corporation, et al.<br><br>Defendant(s). | Case No: C12-6458 SI<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Deborah L. Thaxter, an active member in good standing of the bar of Massachusetts, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Panthera Railcar & Panthera Leasing, Inc. in the above-entitled action. My local co-counsel in this case is Marcie Keenan Farano, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA  02110-2131 | Nixon Peabody LLP<br>One Embarcadero Center, 18th Floor<br>San Francisco, CA  94111-3996 |
| My Telephone # of Record:<br>(617) 345-1000 | Local Co-Counsel's Telephone # of Record:<br>(415) 984-8200 |
| My Email Address of Record:<br>dthaxter@nixonpeabody.com | Local Co-Counsel's Email Address of Record:<br>mfarano@nixonpeabody.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 495520

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: February 1, 2013

APPLICANT
Deborah L. Thaxter

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Deborah L. Thaxter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/12/13

*PRO HAC VICE* APPLICATION & ORDER                                    October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER

October 2012



## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1978**, said Court being the highest Court of Record in said Commonwealth:

**Deborah L. Thaxter**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fourth** day of **August** in the year of our Lord **two thousand and twelve.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116