1  MARCIE KEENAN FARANO (State Bar No. 177939)
   MATTHEW A. RICHARDS (State Bar No. 233166)
2  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
3  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300

5  DEBORAH L. THAXTER (*pro hac vice*)
   NIXON PEABODY LLP
6  100 Summer Street
   Boston, MA 02110-2131
7  Telephone: (617) 345-1000
   Facsimile: (617) 345-1300
8
   Attorneys for Plaintiff Panthera Railcar LLC
9

10

11                     UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

13

14  PANTHERA RAIL CAR LLC,                  Case No.: CV 12-06458 SI

15                  Plaintiff,

16  vs.                                     **STIPULATION AND [~~PROPOSED~~] ORDER
                                            TO CONTINUE CASE MANAGEMENT
17  KASGRO RAIL CORPORATION, a Pennsylvania CONFERENCE**
    corporation, KASGRO LEASING, LLC, KR
18  LOGISTICS, LLC, and KASGRO RAIL CAR
    MANAGEMENT,
19
                    Defendants.             Complaint filed: December 20, 2012
20

21

22

23

24

25

26

27

28

-1-

## STIPULATION

WHEREAS the Complaint in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), was filed December 20, 2012;

WHEREAS pursuant to the Case Management Conference Order (Docket No. 27) in this action, the Initial Case Management Conference ("CMC") is presently set for April 26, 2013 at 2:30 p.m. in Courtroom 10, the Honorable Susan Illston presiding;

WHEREAS Marcie Keenan Farano, counsel for Plaintiff Panthera Rail Car LLC will be out of the country and unavailable on April 26, 2013; and

WHEREAS all parties and their counsel are presently available on May 3, 2013, and have agreed to a brief continuance of the Initial CMC until that date;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Panthera Rail Car LLC, on the one hand, and Defendants Kasgro Rail Corporation, Kasgro Leasing, LLC, KR Logistics, LLC, and Kasgro Rail Car Management, on the other hand:

1. The Initial CMC in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), shall be continued until May 3, 2013, at 2:30 p.m., or the first available date thereafter that is convenient for the Court.

2. All deadlines set by the Case Management Conference Order and/or by the Federal Rules of Civil Procedure and/or in relation to the original CMC date shall be continued and reset based on the new CMC date.

**IT IS SO STIPULATED.**

Dated: February 21, 2013                NIXON PEABODY LLP

By:   */s/ Marcie Keenan Farano*
      MARCIE KEENAN FARANO
      Attorneys for Plaintiff Panthera Railcar LLC

## ATTESTATION CLAUSE

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 21, 2013        QUARLES & BRADY LLP


                                By: /s/ John C. Schaak
                                    STEVEN J. BERRYMAN
                                    JOHN C. SCHAAK
                                    JAMES E. GOLDSCHMIDT
                                    Attorneys for Defendants Kasgro Rail
                                    Corporation, Kasgro Leasing, LLC, and Kasgro
                                    Rail Car Management


Dated: February 21, 2013        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                By: /s/ Steven B. Sacks
                                    STEVEN B. SACKS
                                    Attorneys for Defendants Kasgro Rail
                                    Corporation, Kasgro Leasing, LLC, and Kasgro
                                    Rail Car Management


Dated: February 21, 2013        STEYER LOWENTHAL BOODROOKAS ALVAREZ
                                & SMITH LLP


                                By: /s/ Lucas E. Gilmore
                                    JEFFREY H. LOWENTHAL
                                    LUCAS E. GILMORE
                                    Attorneys for Defendant KR Logistics, LLC


Dated: February 21, 2013        ROSE & deJONG S.C.


                                By: /s/ Lora L. LoCoco
                                    DOUGLAS W. ROSE
                                    LORA L. LOCOCO
                                    Attorneys for Defendants KR Logistics, LLC

STIPULATION TO CONTINUE INITIAL CMC
CASE NO.: C 12-6458 LB

14331698.1


1 **[PROPOSED] ORDER**

2     Pursuant to the Stipulation of the parties as set forth above, and for good cause showing, the Court orders as follows:

    1. The Initial CMC in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), is continued until May 3, 2013, at 2:30 p.m., or _____, 2013, the first available date thereafter that is convenient for the Court.

    2. All deadlines set by the Case Management Conference Order and/or by the Federal Rules of Civil Procedure and/or in relation to the original CMC date shall be continued and reset based on the new CMC date.

**IT IS SO ORDERED.**

Dated: February 22, 2013

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE