1  MARCIE KEENAN FARANO (State Bar No. 177939)
   MATTHEW A. RICHARDS (State Bar No. 233166)
2  NIXON PEABODY LLP
   One Embarcadero Center, Suite 1800
3  San Francisco, CA 94111-3996
   Telephone: (415) 984-8200
4  Facsimile:  (415) 984-8300

5  DEBORAH L. THAXTER (*pro hac vice*)
   NIXON PEABODY LLP
6  100 Summer Street
   Boston, MA  02110-2131
7  Telephone: (617) 345-1000
   Facsimile:  (617) 345-1300

8
   Attorneys for Plaintiff Panthera Railcar LLC
9

10

11              UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

13

   PANTHERA RAIL CAR LLC,                    Case No.:  CV 12-06458 SI
14
                        Plaintiff,           **STIPULATION AND [~~PROPOSED~~] ORDER
15                                           TO CONTINUE APRIL 19, 2013, HEARING
                                             ON DEFENDANTS' MOTIONS TO
16 vs.                                       DISMISS OR TRANSFER ACTION AND
                                             TO CONTINUE MAY 2, 2013, INITIAL
17 KASGRO RAIL CORPORATION, a Pennsylvania   CASE MANAGEMENT CONFERENCE**
   corporation, KASGRO LEASING, LLC, KR
18 LOGISTICS, LLC, and KASGRO RAIL CAR
   MANAGEMENT,
19
                        Defendants.          Complaint Filed:     December 20, 2012
20

21

22

23

24

25

26

27

28

                              -1-

**STIPULATION**

WHEREAS the Amended Complaint in this action, entitled *Panthera Rail Car LLC v. Kasgro Rail Corporation, et al.* (N.D. Cal. Civil Case No. CV 12-06458 SI), was filed on February 15, 2013;

WHEREAS all Defendants filed motions to dismiss or transfer this action and the Court recently set those motions for hearing on April 19, 2013;

WHEREAS the subject motions are fully briefed and pending;

WHEREAS Deborah Thaxter, counsel for Plaintiff Panthera Rail Car LLC, will be on a prescheduled vacation and unavailable on April 19, 2013;

WHEREAS the parties, having met and conferred regarding their availability for a rescheduled hearing on the Court's regular motion calendar, have been unable to find a mutually agreeable date in May on which the Court is also available;

WHEREAS the parties are available for a hearing on May 13, 2013, or May 14, 2013, in the alternative, seek the Court's leave to have the motions to dismiss or transfer heard on one of these days, and have been informed by the Court that the hearing can be set for May 14, 2013 at 4:00 p.m.;

WHEREAS the Initial Case Management Conference ("CMC") in this action is presently set for May 2, 2013 at 2:30 p.m. in Courtroom 10;

WHEREAS the parties desire to have Defendants' motions to dismiss or transfer heard and decided prior to the Initial CMC in this action; and

WHEREAS the parties, having met and conferred regarding their availability for an Initial CMC in June, have agreed to a brief continuance of the Initial CMC until June 28, 2013;

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff Panthera Rail Car LLC, on the one hand, and Defendants Kasgro Rail Corporation, Kasgro Leasing, LLC, KR Logistics, LLC, and Kasgro Rail Car Management, on the other hand, as follows:

1.      The parties seek the Court's leave to have the hearing on Defendants' pending motions to dismiss or transfer filed in the above captioned matter continued until May 14, 2013, at 4:00 p.m. in Courtroom 10, or such other time on May 14, 2013, as is convenient to the Court.

2.      The Initial CMC in the above-captioned matter shall be continued until June 28, 2013, at 2:30 p.m. in Courtroom 10.

**IT IS SO STIPULATED.**

Dated:  April 9, 2013                    NIXON PEABODY LLP


                                         By:    /s/ Marcie Keenan Farano
                                                MARCIE KEENAN FARANO
                                                Attorneys for Plaintiff Panthera Railcar LLC

Dated:  April 9, 2013                    QUARLES & BRADY LLP


                                         By: /s/ John C. Schaak
                                                STEVEN J. BERRYMAN
                                                JOHN C. SCHAAK
                                                JAMES E. GOLDSCHMIDT
                                                Attorneys for Defendants Kasgro Rail
                                                Corporation, Kasgro Leasing, LLC, and Kasgro
                                                Rail Car Management

Dated:  April 9, 2013                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                         By: /s/ Steven B. Sacks
                                                STEVEN B. SACKS
                                                Attorneys for Defendants Kasgro Rail
                                                Corporation, Kasgro Leasing, LLC, and Kasgro
                                                Rail Car Management

Dated:  April 9, 2013                    STEYER LOWENTHAL BOODROOKAS ALVAREZ
                                         & SMITH LLP


                                         By: /s/ Jeffrey H. Lowenthal
                                                JEFFREY H. LOWENTHAL
                                                GABRIEL D. ZELDIN
                                                Attorneys for Defendant KR Logistics, LLC

Dated:  April 9, 2013                    ROSE & deJONG S.C.


By: /s/ Lora L. LoCoco
    DOUGLAS W. ROSE
    LORA L. LOCOCO
    Attorneys for Defendants KR Logistics, LLC

**ATTESTATION CLAUSE**

Pursuant to Northern District of California Local Rule 5-1(i)(3), I hereby attest that I have obtained from each of the other signatories to this document—indicated above by a "conformed" (/s/) signature—their concurrence to the e-filing of this document in its present form, which shall serve in lieu of their respective signatures on this document.


Dated:  April 9, 2013                    NIXON PEABODY LLP


By:   /s/ Marcie Keenan Farano
      MARCIE KEENAN FARANO
      Attorneys for Plaintiff Panthera Railcar LLC

-4-

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties as set forth above, and for good cause showing, the Court orders as follows:

1. The hearing on the pending motions to dismiss or transfer filed by all defendants in the above- captioned matter shall be continued until May 14, 2013, at 4:00 p.m. in Courtroom 10.

2. The Initial CMC in the above-captioned matter shall be continued until June 28, 2013, at 2:30 p.m. in Courtroom 10.

**IT IS SO ORDERED**.

Dated:  April __15__ 2013



_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

-5-